UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL R. EWING, *et al.*,

    Plaintiffs,

v.                                                     Case No. 22-11453

WAYNE COUNTY SHERIFF, *et al.*,        Sean F. Cox
                                                          United States District Court Judge

    Defendants.
_____/

**ORDER
ADOPTING REPORT AND RECOMMENDATION (ECF NO. 118)
AND DISMISSING "JOHN DOE" DEFENDANT WITHOUT PREJUDICE**

Plaintiffs filed this *pro se* civil rights action, pursuant to 42 U.S.C. § 1983, asserting claims against several named Defendants, along with an unidentified "John Doe" Defendant. This matter was referred to Magistrate Judge Patricia Morris for all pretrial proceedings.

In a Report and Recommendation ("R&R") issued on October 12, 2023, Magistrate Judge Morris recommends that the Court grant Plaintiffs' motion seeking to dismiss the John Doe Defendant and dismiss the John Doe Defendant without prejudice. (ECF No. 118).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed. Accordingly, the Court hereby **ADOPTS** the October 12, 2023 Report and Recommendation and **ORDERS** that Plaintiffs' motion seeking to dismiss the John Doe Defendant is **GRANTED** and all claims against the John Doe Defendant are **DISMISSED WITHOUT PREJUDICE.**

      **IT IS SO ORDERED.**

                                          s/Sean F. Cox  
                                          Sean F. Cox  
                                          United States District Judge

Dated: November 28, 2023