UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENSHAWN LITTLEJOHN,

    *Plaintiff,*

v.

WAYNE COUNTY SHERIFF, et al.,

    *Defendants.*
_____/

Case No. 2:24-cv-10178

George Caram Steeh
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## ORDER DIRECTING PLAINTIFF TO SUBMIT PROPOSED AMENDED COMPLAINT

In a Report and Recommendation entered on December 20, 2023, the Undersigned recommended severing plaintiff Quenshawn Littlejohn and assigning him an individual docket number. Additionally, the Court recommended that Littlejohn shall file a proposed amended complaint once the new docket number was assigned. (ECF No. 137.) On January 17, 2024, District Judge Sean F. Cox adopted the report and recommendation, ordering plaintiff to file a proposed amended complaint once all individual case numbers were assigned. (ECF No. 147.)

Littlejohn's new case number was assigned on January 17, 2024, and a notice was with the new information was entered and mailed to him on January 31, 2024. As of today's date, the Court has not received Littlejohn's amended complaint.

Therefore, **IT IS ORDERED** that Plaintiff submit his proposed amended complaint on or before **April 22, 2024**.

Date: March 21, 2024                                S/ PATRICIA T. MORRIS
                                                    Patricia T. Morris
                                                    United States Magistrate Judge